FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:19-MJ-04098-MKD |
| vs. | ) | |
| ROYCE SPEEDIS | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Received Rule 5 papers from the United States District Court,

District of Oregon, Case No. 3:19-mj-00070

AO 442 (Rev. 11/11) Arrest Warrant

*Certified to be a true and correct copy of original filed in this District.*
*Dated 4/19/19*
*Mary L. Moran, Clerk of Court*
*US District Court of Oregon*
*By Deputy Clerk*
*Pages 1 through 2*

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROYCE SPEEDIS | ) Case No. 3:19- mj- 00070 |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Royce Speedis                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit.

Date:    04/19/2019                                              *Stacie F Beckerman*
                                                                          *Issuing officer's signature*

City and state:    Portland, Oregon                          Hon. Stacie F. Beckerman, U.S. Magistarte Judge
                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

AO 91 (Rev. 11/11) Criminal Complaint

*Certified to be a true and correct copy of original filed in this District. Dated 4/19/19 through 5 Pages Mary L. Moran, Clerk of Court US District Court of Oregon By Deputy Clerk*

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ROYCE SPEEDIS | )    Case No.  3:19-mj-00070 |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 19, 2019 _____ in the county of _____ Umatilla _____ in the _____ District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 113(a)(3) | It is unlawful to commit assault with a dangerous weapon with intent to do bodily harm. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

Sworn via phone 4/19/2019 at 5:56 a.m.

_____
*Complainant's signature*

Matthew Jaggers, Special Agent, FBI
*Printed name and title*

Sworn to before me ~~and signed in my presence.~~

Date: _____ 04/19/2019 _____

_____
*Judge's signature*

City and state: _____ Portland, Oregon _____

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:        AFFIDAVIT OF MATTHEW R. JAGGERS

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Special Agent Matthew Jaggers, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.        I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January of 2016. My current assignment is with the FBI's Portland Division, Pendleton Resident Agency, where I investigate violent crimes, crimes involving firearms, crimes involving narcotics, crimes involving felons in possession of firearms, and sex crimes on the Confederated Tribes of the Umatilla Indian Reservation (CTUIR) and in Eastern Oregon. My training and experience includes five years employed as a Police Officer with Louisville Metro Police Department in Louisville, Kentucky. As an Officer, I investigated crimes involving firearms, crimes involving felons in possession of firearms, sex crimes, child abuse, narcotics, theft, and violent crimes. As an FBI Agent, I investigate violent crimes in Indian Country, firearms offenses and narcotics offenses, among other offenses. I have interviewed subjects, participated in search warrants, collected and reviewed evidence, requested legal process, and testified in Grand Jury.

I submit this affidavit in support of a criminal complaint and arrest warrant for Royce SPEEDIS, for Title 18, United States Code, Sections 113(a)(3) and 1153 provide that it is unlawful to commit assault with a dangerous weapon with intent to do bodily harm, provides that it is unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding a year to possess a firearm. As set forth below, there is probable cause to believe, and I do believe, that Royce SPEEDIS committed violation of 18 U.S.C. §§ 113(a)(3) 1153.

### Applicable Law

2.      Title 18, United States Code, Sections 113(a)(3) and 1153 provide that it is unlawful to commit assault with a dangerous weapon with intent to do bodily harm.

### Statement of Probable Cause

3.      On April 18, 2019, 6:25 PM PDT, 911 dispatch received a call that Adult Victim 1, (hereinafter AV1), has been shot. Umatilla Tribal Police Officers (UTPD) responded with EMS to 46692 Kirk Patrick Road, Pendleton, Oregon. AV1 told a UTPD office that ROYCE SPEEDIS shot him. AV1 had a gunshot wound through both legs. AV1 was transported to St. Anthony Hospital.

4.      AV1 told me in an interview on April 18, 2019, that AV1 was walking on Kirk Patrick Road toward an uncle's house. AV1 turned onto McKinley Lane and approached ROYCE SPEEDIS's residence at 73744 McKinley Lane, Pendleton, Oregon. AV1 and ROYCE SPEEDIS are cousins. AV1 was walking on a dirt trail in a field between 73750 McKinley Lane and 73744 McKinley Lane. Both addresses belong to the SPEEDIS family. AV1 was using this trail as a shortcut to AV1's uncle's residence. AV1 observed that ROYCE SPEEDIS and his sister WAWANEE SPEEDIS were drinking alcoholic beverages outside near the dirt trail.

5.      WAWANEE SPEEDIS yelled to AV1 that AV1 owed her forty dollars. ROYCE SPEEDIS confronted AV1 and told AV1 to pay the money. AV1 told ROYCE SPEEDIS that he did not owe WAWANEE SPEEDIS any money and that he did not have any money. AV1 attempted to turn around and walk away but ROYCE SPEEDIS ran around him and stopped AV1 from leaving. ROYCE pulled a black, semi-automatic pistol from the waistband of his pants. ROYCE got on one knee and began carefully aiming the pistol at AV1's knees. ROYCE SPEEDIS

**Page 2 – Affidavit of Sean S. Kennedy**          **USAO Version Rev. June 2017**

told AV1 that he was going to shoot AV1 in the knees. WAWANEE SPEEDIS told ROYCE SPEEDIS to put the pistol away. AV1 turned sideways to shield his knees. AV1 believed ROYCE SPEEDIS was going to shoot him. ROYCE SPEEDIS shot AV1 in the right leg. The projectile passed through AV1's right leg and entered, and remained, in AV1's left leg. AV1 fell to the ground. AV1 attempted to stand up but ROYCE SPEEDIS kicked AV1 in the face. ROYCE SPEEDIS and WAWANEE SPEEDIS got into a small, light colored, car. An Unknown Person was driving the car. AV1 last saw the car head east on Kirk Patrick Road.

6.      AV1 had trouble standing up. Adult Witness 1 (hereinafter AW1) approached AV1 and asked if AV1 needed help. AV1 asked for a ride back to his residence. AW1 transported AV1 to 46692 Kirk Patrick Road.

7.      Royce Speedis is an Indian male and an enrolled member of the Confederated Tribes of the Umatilla Indian Reservation. The shooting described in this affidavit at 73750 McKinley Lane and 73744 McKinley Lane are located on the Confederated Tribes of the Umatilla Indian Reservation in the District of Oregon.

## Conclusion

8.      Based on the foregoing, I have probable cause to believe, and I do believe, that Royce SPEEDIS committed violations of 18 U.S.C. §§ 113(a)(3) 1153, that is, he conspired to assault someone with a dangerous weapon with intent to do bodily harm. I therefore request that the Court issue a criminal complaint and arrest warrant for Royce SPEEDIS.

9.      Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Craig Gabriel, and AUSA Gabriel advised me that in his opinion the affidavit and application are

legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

10. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

Sworn via phone on 4/19/2019 at 5:56 a.m.
(FRCP 4.1)

MATTHEW JAGGERS
Federal Bureau of Investigation

Subscribed and sworn to before me this   19th   day of April 2019.

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

**Page 4 – Affidavit of Sean S. Kennedy**    **USAO Version Rev. June 2017**